# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128665

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JERRY LYN KRUEGER,
      Defendant-Appellant.

SC: 128665
COA: 260555
Grand Traverse CC: 04-009623-FC

_____/

     On order of the Court, the application for leave to appeal the April 25, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

            Clerk

t1024